

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-49,244-04

### EX PARTE GERMAN RODRIGUEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 10-1136-K277A
### IN THE 277TH DISTRICT COURT FROM WILLIAMSON COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex.Crim.App. 1967). Applicant was convicted of the offense of driving while intoxicated and sentenced to imprisonment for sixty years. The Third Court of Appeals affirmed his conviction. *Rodriguez v. State*, No. 03-11-00218-CR (Tex. App.–Austin August 14, 2013).

On June 6, 2014, an order designating issues was signed by the trial court. We remand this application to Williamson County to allow the trial judge to complete an evidentiary investigation

and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. If any continuances are granted, a copy of the order granting the continuance shall be sent to this Court. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be returned to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: July 23, 2014
Do not publish